UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI HYMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0750 JAM AC P<br><br>ORDER |

　　　　Plaintiff, a detainee in San Francisco and/or Alameda County, has filed a civil rights complaint with the assistance of counsel. Plaintiff seeks to proceed in this action in forma pauperis pursuant to 28 U.S.C. § 1915. In support of the request, plaintiff has submitted a copy of his inmate trust account statement for a period of only one day. See ECF No. 2-1. However, to apply for in forma pauperis status, plaintiff must submit certified copies of his inmate trust account statements for the preceding six months. See 28 U.S.C. § 1915(a)(2). If plaintiff has not been continuously incarcerated during this period, he must also complete and submit an application to proceed in forma pauperis on the form used by nonprisoner pro se applicants. In addition, plaintiff will be required to complete and submit the form used by prisoners in this district for requesting in forma pauperis status.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, plaintiff shall submit:

    a. A completed application form used by prisoners in this district for requesting in forma pauperis status and, if applicable as set forth above, a completed application form used by nonprisoner pro se applicants in this district for requesting in forma pauperis status; and

    b. Certified copies of plaintiff's inmate trust account statements for the six months immediately preceding the filing of his complaint.

2. The Clerk of Court is directed to send to plaintiff's counsel, together with a copy of this order, the form used in this district for requesting in forma pauperis status by a prisoner, as well as the in forma pauperis form used by nonprisoners.

DATED: May 3, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE