UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANVINSKI HYMES, | No. 2:19-cv-0750 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

On April 1, 2020, the parties reached a settlement in this case and informed the court that dispositional documents would be filed within 60 days. ECF No. 16. More than 60 days have passed but no dispositional documents have been filed. Counsel for all parties will be directed to submit a stipulation of dismissal or show cause why such stipulation cannot be submitted at this time.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, counsel for all parties shall: (1) submit a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(ii), OR (2) show cause why such stipulation cannot be submitted at this time.

DATED: June 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE