Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue, Sacramento, CA 95825
Telephone: (916)923-1600
Attorneys for Defendants
<u>SACRAMENTO COUNTY; DEPUTY STEPHEN MICHAEL BUCCELLATO</u>
<u>Public Entity-Public Employees – Filing Fees Waived</u>

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SCANVINSKI HYMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY; DEPUTY STEPHEN MICHAEL BUCCELLATO, and Does 1-25,<br><br>　　　　Defendants. | ) **CASE NO: 2:19-CV-00750**<br>)<br>) **STIPULATION AND ORDER OF**<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP, Rule 41(a)(1)(A)(ii).

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  June 9, 2020　　　　　　　　　　　　LAW OFFICES OF STANLEY GOFF



　　　　　　　　　　　　　　　　　　　　　　By: /s/ Staley Goff
　　　　　　　　　　　　　　　　　　　　　　Staley Goff
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Scanvinski Hymes

Dated: June 9, 2020                                EVANS, WIECKOWSKI, WARD
                                                   & SCOFFIELD, LLP


                                                   By: /s/ Carol A. Wieckowski
                                                   Carol A. Wieckowski
                                                   Cathleen J. Fralick
                                                   Attorneys for Defendants
                                                   Sacramento County, Deputy Stephen
                                                   Michael Buccellato


## ORDER OF DISMISSAL

Pursuant to the terms of the foregoing stipulation, and in accordance with the provisions of the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) the Plaintiff's complaint in Case No.:2:19-cv-00750 is hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated: June 10, 2020                               /s/ John A. Mendez
                                                   JUDGE OF THE U.S. DISTRICT COURT